### RUTLEDGE v. RUTLEDGE.

On an appeal from a justice, no exception can be taken on account of the warrant not being under seal.

THIS was a writ of error from Morgan Circuit Court. The suit was commenced by a warrant before a justice of the peace. The warrant was signed by the justice under his hand, but without a seal annexed. The magistrate gave judgment for the plaintiff, from which an appeal was taken to the County Court, where the Court, on motion of the defendant, quashed the warrant, because it was not under seal. The plaintiff prosecuted a writ of error to the Circuit Court, to reverse that decision; but at October term, 1828, the judgment of the County Court was affirmed. The plaintiff now prosecutes his writ of error to this Court, and insists that both the Courts erred, and that the judgment of the Circuit Court should be reversed.

THORNTON, for the plaintiff in error, cited the case of *Perry v. Brown.* Minor's Alabama Reports, 56, and the statute of 1819. Laws of Alabama, page 189, and submitted the cause.

J. W. McCLUNG, for the defendant.

By JUDGE COLLIER.   This Court in *Perry v. Brown*, in which the same point was presented, under the influence of the 38th section of the act of 1819,   "To regulate the proceedings of the Courts of law and equity in this State," held that no exception could be taken on appeal, to the warrant, capias, summons, or other proceeding of the justice of the peace before whom the same was tried; but that the appeal should be tried according to the justice and equity of the case.   The judgment is therefore reversed, and the cause remanded.

JUDGE PERRY not sitting.